# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF MATTHEW PAWLOWSKI, BAR NO. 9889.

No. 70439

FILED

JUN 17 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION*

This is a petition under SCR 111 concerning attorney Matthew Pawlowski, who pleaded nolo contendere to a misdemeanor charge of driving under the influence. After completing certain conditions, the DUI conviction was reduced to misdemeanor reckless driving. The nolo contendere plea to the DUI charge triggered the requirements of SCR 111. *See* SCR 111(1), (2), (4). Pawlowski self-reported the conviction to the State Bar. Because the crime is not one of those specifically enumerated in SCR 111(6) as a "serious" crime, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

The seriousness of drinking and driving cannot be minimized, however, first offense driving under the influence is not the type of offense for which professional discipline is typically imposed. 2 Geoffrey C. Hazard, Jr., W. William Hodes, & Peter R. Jarvis, *The Law of Lawyering*, § 69.04, at 69-13 (4th ed. 2015); *In the Matter of Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993). And here, Pawlowski completed the conditions of his plea agreement and the charge was reduced to reckless driving. Accordingly, having considered the petition and supporting documentation, we conclude that Pawlowski's offense does

16-19082

not warrant the imposition of a temporary suspension or referral to a disciplinary board at this time.

It is so ORDERED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
      Walsh & Friedman, Ltd.
      Kimberly K. Farmer, Executive Director, State Bar of Nevada